```
 1  Michael C. Ormsby
    United States Attorney
 2  Eastern District of Washington
    Tyler Tornabene
 3  Assistant United States Attorney
    Michael R. Addams
 4  Legal Intern
    Post Office Box 1494
 5  Spokane, WA 99210-1494
    Telephone: (509) 353-2767
 6
```

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 18 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>KEVIN A. KEENAPPLE,<br><br>  Defendant. | Case No.: PO-12-4004-JPH<br><br>ORDERING APPROVAL OF PRE-TRIAL DIVERSION AGREEMENT |

Upon consideration of the parties' Pre-Trial Diversion Agreement, and being fully advised of the facts and circumstances of this case, the Court finds the Defendant has agreed to comply with the terms and conditions of the Pre-Trial Diversion Agreement; that the Court finds the Defendant has acknowledged the admissibility of the stipulated facts in any criminal hearing on the underlying offense or offenses held subsequent to revocation of the order granting pre-trial diversion; that the Defendant's statements were made knowingly and voluntarily; and that the Defendant has knowingly and intelligently waived his Constitutional and statutory rights to a speedy trial, to question those witnesses against him, to call witnesses on his behalf, and to present evidence or a defense at trial.

//
//
//

Pre-trial Diversion - 7

NOW THEREFORE, IT IS HEREBY ORDERED:

1. The Defendant is accepted for pre-trial diversion;
2. The Defendant shall comply with all the terms and conditions as set forth in the Pre-Trial Diversion Agreement;
3. If the Court finds that the Defendant violated any term of the Pre-trial diversion Agreement, the Court shall enter judgment pursuant to the procedures outlines in the agreement.
4. The Defendant shall not be supervised by the United States Probation Office during the diversion period.

_____  Date 1/18/2013
HON. James P. Hutton
United States Magistrate Judge