1 | Michael C. Ormsby
United States Attorney
2 | Eastern District of Washington
Tyler H.L. Tornabene
3 | Assistant United States Attorney
Michael R. Addams
4 | Legal Intern
Post Office Box 1494
5 | Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 26 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KEVIN A. KEENAPPLE,

    Defendant.

Case No.: PO-12-4004-JPH

Order Dismissing Without Prejudice

Upon consideration of the motion by the United States, with good cause having been shown, the Defendant's file is closed and the citation is dismissed without prejudice.

_____
HON. James P. Hutton
United States Magistrate Judge

Date 3/26/13

Proposed Order Dismissing Without Prejudice - 1